UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CLUTE, SCOTT F § Case No. 11-14273 AIH
CLUTE, SUSAN §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/LAUREN A. HELBLING_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 11-14273 AIH  Judge: ARTHUR I. HARRIS | Trustee Name: | LAUREN A. HELBLING |
|---|---|---|---|
| Case Name: | CLUTE, SCOTT F | Date Filed (f) or Converted (c): | 05/18/11 (f) |
| | CLUTE, SUSAN | 341(a) Meeting Date: | 06/27/11 |
| For Period Ending: | 08/13/12 | Claims Bar Date: | 10/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family home located at 4324 W. 145th Street | 69,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand In Debtors' possession | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking and savings accounts through Dollar Bank | 150.00 | 4,224.74 | | 300.00 | FA |
| Debtors failed to pay. Discharge revoked. | | | | | |
| 4. Miscellaneous household furnishings: table, ordina | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Ordinary wearing apparel Location: 4324 W. 145th S | 600.00 | 0.00 | DA | 0.00 | FA |
| 6. Wedding Ring In Debtor's possession | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 7. Term life insurance policy through employer, no ca | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. 401(k) through employer administered by New York L | 1,525.53 | 0.00 | DA | 0.00 | FA |
| 9. 1999 Jeep Cherokee, 185,000 miles Location: 4324 W | 2,325.00 | 0.00 | DA | 0.00 | FA |
| 10. 2005 Chrysler 300, 78,000 miles Location: 4324 W. | 8,650.00 | 0.00 | DA | 0.00 | FA |
| 11. Preference/Fraudulent Transfer (u) | 0.00 | 1.00 | | 0.00 | FA |
| Trustee is investigating the source of a large deposit into account and subsequent disbursement of same. | | | | | |
| TOTALS (Excluding Unknown Values) | $86,470.53 | $4,225.74 | | $300.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion for default judgment pending. 6/28/12

Motion for default judgment filed. June 19, 2012, 10:12 am

| | | | | |
|---|---|---|---|---|
| Case No: | 11-14273 | AIH  Judge: ARTHUR I. HARRIS | Trustee Name: | LAUREN A. HELBLING |
| Case Name: | CLUTE, SCOTT F | | Date Filed (f) or Converted (c): | 05/18/11 (f) |
| | CLUTE, SUSAN | | 341(a) Meeting Date: | 06/27/11 |
| | | | Claims Bar Date: | 10/20/11 |

Application for default filed.  June 15, 2012, 12:21 pm

Adversary complaint served.  Certificate of service filed.  May 14, 2012, 12:22 pm

Adversary complaint to revoke debtors' discharge filed.  May 04, 2012, 09:10 am

Notice of default correspondence to counsel; cc to debtors.  April 17, 2012, 10:42 am

Debtors in default.  March 30, 2012

Per e-mail from counsel, debtors will make payments of $150 per month for December 1 and Jan 1 and to file their tax return for 2011 as soon as possible and turn over the balance in February 2012.  November 02, 2011, 08:40 am

Notice of default faxed to debtors' counsel, cc to debtors.  October 27, 2011, 02:42 pm

Order granting mot for TO uploaded.  September 16, 2011, 02:57 pm

Spoke with debtor's counsel.  where does rachel live? why was her income not on sch I? funds co-mingled.  trustee to stay firm on determination that funds were co-mingled.  come to an agreement on the turnover and we can agree that the two checks written were non-estate funds.  told him he does not have to appear for 2004 exam.  get us the answers and talk to clients.  will get back to us asap.  August 05, 2011, 11:10 am

Application to employ LAH, motion for turnover and motion for examination of debtors filed.  August 03, 2011, 04:18 pm

Fax to debtors' counsel for explanation of large deposit into account.  July 13, 2011, 11:29 am

Trustee is pursuing funds on deposit and need information re debtors' trade-in of old vehicle for new 2011 Charger.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

/s/     LAUREN A. HELBLING
_____     Date: 08/13/12

| | | | | |
|---|---|---|---|---|
| Case No: | 11-14273 | AIH    Judge: ARTHUR I. HARRIS | Trustee Name: | LAUREN A. HELBLING |
| Case Name: | CLUTE, SCOTT F | | Date Filed (f) or Converted (c): | 05/18/11 (f) |
| | CLUTE, SUSAN | | 341(a) Meeting Date: | 06/27/11 |
| | | | Claims Bar Date: | 10/20/11 |

LAUREN A. HELBLING

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-14273 -AIH | | Trustee Name: | LAUREN A. HELBLING |
|---|---|---|---|---|
| Case Name: | CLUTE, SCOTT F | | Bank Name: | Bank of America |
| | CLUTE, SUSAN | | Account Number / CD #: | *******3857  Checking |
| Taxpayer ID No: | *******0670 | | | |
| For Period Ending: | 08/13/12 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/11 | 3 | SCOTT F CLUTE<br>4324 W. 145TH STREET<br>CLEVELAND, OH  44114 | Bank Account(s) | 1129-000 | 150.00 | | 150.00 |
| 01/09/12 | 3 | SCOTT F CLUTE<br>4324 W. 145TH STREET<br>CLEVELAND, OH  44114 | Bank Account(s) | 1129-000 | 150.00 | | 300.00 |
| 01/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 0.31 | 299.69 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 0.36 | 299.33 |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 0.37 | 298.96 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 0.38 | 298.58 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 0.38 | 298.20 |
| 06/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 0.35 | 297.85 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 300.00 | 2.15 | 297.85 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 300.00 | 2.15 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 300.00 | 2.15 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********3857 | 300.00 | 2.15 | 297.85 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 300.00 | 2.15 | 297.85 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  300.00  2.15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-14273 -AIH | Trustee Name: | LAUREN A. HELBLING |
|---|---|---|---|
| Case Name: | CLUTE, SCOTT F | Bank Name: | Bank of America |
| | CLUTE, SUSAN | Account Number / CD #: | *******3857  Checking |
| Taxpayer ID No: | *******0670 | | |
| For Period Ending: | 08/13/12 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | | 0.00 | 0.00 |

Case Number: 11-14273
Debtor Name: CLUTE, SCOTT F
Claims Bar Date: 10/20/11

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 070 UC | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | Filed 07/15/11 | $0.00 | $217.98 | $217.98 |
| 000002 070 UC | Capio Partners LLC<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 07/15/11<br>(2-1) Medical Debt | $0.00 | $139.87 | $139.87 |
| 000003 070 UC | Capio Partners LLC<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 07/15/11<br>(3-1) Medical Debt | $0.00 | $176.39 | $176.39 |
| 000004 070 UC | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | Filed 07/19/11 | $0.00 | $6,301.89 | $6,301.89 |
| 000005 070 UC | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | Filed 07/19/11 | $0.00 | $1,959.91 | $1,959.91 |
| 000006 070 UC | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | Filed 07/19/11 | $0.00 | $866.32 | $866.32 |
| 000007 070 UC | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | Filed 07/20/11 | $0.00 | $1,456.27 | $1,456.27 |
| 000008A 066 UPT | IRS<br>Insolvency Group 3<br>1240 E. 9th Street, Rm. 457<br>Cleveland, OH 44199 | Priority | Filed 07/25/11 | $0.00 | $436.63 | $436.63 |
| 000008B 074 UFINE | IRS<br>Insolvency Group 3<br>1240 E. 9th Street, Rm. 457<br>Cleveland, OH 44199 | Unsecured | Filed 07/25/11 | $0.00 | $55.98 | $55.98 |
| 000009 070 UC | Capital One, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Unsecured | Filed 08/02/11 | $0.00 | $456.96 | $456.96 |
| 000010 070 UC | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 08/16/11<br>(10-1) Unsecured Debt | $0.00 | $50.00 | $50.00 |
| 000011 070 UC | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Filed 08/16/11<br>(11-1) Unsecured Debt | $0.00 | $58.22 | $58.22 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 13, 2012

Case Number: 11-14273
Debtor Name: CLUTE, SCOTT F
Claims Bar Date: 10/20/11

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012 070 UC | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090 | Unsecured | Filed 08/24/11<br>(12-1) 35526220 | $0.00 | $18,678.95 | $18,678.95 |
| 000013 070 UC | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Unsecured | Filed 09/23/11<br>(13-1) 4506 / 5213 / | $0.00 | $1,552.05 | $1,552.05 |
| 000014 070 UC | Cardiovascular Clinic<br>6525 Powers Blvd., Suite 301<br>Cleveland, OH 44129 | Unsecured | Filed 09/23/11<br>(14-1) Services rendered | $0.00 | $30.65 | $30.65 |
| 000015 070 UC | National Recovery 1, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | Unsecured | Filed 10/14/11 | $0.00 | $138.60 | $138.60 |
| 16 025 CAF | Clerk, U.S. Bankruptcy Court<br>Adv. No. 12-1110 | Administrative | | $0.00 | $293.00 | $293.00 |
| 17 025 TF | Lauren A. Helbling, Trustee | Administrative | | $0.00 | $75.00 | $75.00 |
| 18 025 TE | Lauren A. Helbling, Trustee | Administrative | | $0.00 | $14.12 | $14.12 |
| | Case Totals: | | | $0.00 | $32,958.79 | $32,958.79 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-14273 AIH
Case Name: CLUTE, SCOTT F
                CLUTE, SUSAN
Trustee Name: LAUREN A. HELBLING

         Balance on hand                                   $

     Claims of secured creditors will be paid as follows:

NONE

     Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LAUREN A. HELBLING | $ | $ | $ |
| Trustee Expenses: LAUREN A. HELBLING | $ | $ | $ |
| Charges: Clerk, U.S. Bankruptcy Court | $ | $ | $ |

     Total to be paid for chapter 7 administrative expenses       $_____
     Remaining Balance                                              $_____

     Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008A | IRS | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC | $ | $ | $ |
| 000002 | Capio Partners LLC | $ | $ | $ |
| 000003 | Capio Partners LLC | $ | $ | $ |
| 000004 | Midland Credit Management, Inc. | $ | $ | $ |
| 000005 | Midland Credit Management, Inc. | $ | $ | $ |
| 000006 | Midland Credit Management, Inc. | $ | $ | $ |
| 000007 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000009 | Capital One,N.A | $ | $ | $ |
| 000010 | Quantum3 Group LLC | $ | $ | $ |
| 000011 | Quantum3 Group LLC | $ | $ | $ |
| 000012 | Asset Acceptance LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Verizon Wireless | $ | $ | $ |
| 000014 | Cardiovascular Clinic | $ | $ | $ |
| 000015 | National Recovery 1, LLC | $ | $ | $ |

    Total to be paid to timely general unsecured creditors     $_____

    Remaining Balance     $_____


    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE


    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008B | IRS | $ | $ | $ |

    Total to be paid to subordinated unsecured creditors     $_____

    Remaining Balance     $_____